IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY JONES,<br><br>　　　　　　　　Defendant. | 4:14-CR-3071<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 48).

　　　　On December 5, 2014, the Court entered a Preliminary Order of Forfeiture (filing 31) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 24, 28, and 29. By way of the Preliminary Order of Forfeiture, the defendant's interest in one HP Pavilion desktop computer, model number m7763w, serial number MXF7030B1J, containing one Western Digital SATA hard drive, model number WD5000AACS, serial number WCASU4159121, was forfeited to the United States. Filing 31.

　　　　As directed by the order, a Notice of Criminal Forfeiture was posted beginning on March 5, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 47) was filed on May 5, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

　　　　IT IS ORDERED:

　　　　1.　　The plaintiff's Motion for Final Order of Forfeiture (filing 48) is granted.

　　　　2.　　All right, title, and interest in and to the one HP Pavilion desktop computer, model number m7763w, serial number MXF7030B1J, containing one Western Digital SATA hard

- 2 -

      drive, model number WD5000AACS, serial number WCASU4159121, held by any person or entity are forever barred and foreclosed.

3.    The property is forfeited to the plaintiff.

4.    The plaintiff is directed to dispose of the property in accordance with law.

Dated this 6th day of May, 2015.

                            BY THE COURT:

                            _____
                            John M. Gerrard
                            United States District Judge